

# United States Court of Appeals
# for the Fifth Circuit

**A True Copy**
**Certified order issued Mar 16, 2023**

*Tyle W. Cayce* (signature)

**Clerk, U.S. Court of Appeals, Fifth Circuit**

_____

No. 22-50940

_____

J.B., *by and through her parents and next friends, C.V. and L.B.*,

                  *Plaintiff—Appellant*,

versus

Austin Independent School District,

                  *Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:20-CV-556 DAE

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of March 16, 2023, for want of prosecution. The appellant failed to timely file a brief.

No. 22-50940

                       LYLE W. CAYCE
                       Clerk of the United States Court
                       of Appeals for the Fifth Circuit

By: _____
      Melissa V. Mattingly, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

2

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 16, 2023

Mr. Philip Devlin
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 22-50940   J.B. v. Austin Indep School Dist
                        USDC No. 1:20-CV-556

Dear Mr. Devlin,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Melissa V. Mattingly, Deputy Clerk
                        504-310-7719

cc w/encl:
    Mr. Jonathan Griffin Brush
    Ms. Alexa Gould
    Mr. Clay Thomas Grover
       J.B.